Vincent Horwitz Company, Inc., Appellant, v. Cooper et al.

Argued March 19, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

8

9

11

*Robert C. Haberstroh,* with him *Martin Goodman* and *Harold Brown,* for appellant.

*Samuel H. Jubelirer,* with him *Jubelirer, Jubelirer & Smith,* for appellees.

PER CURIAM, April 9, 1945:

The decree of the court below is affirmed on the opinion of President Judge PATTERSON, appellant to pay the costs.